**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-2503** |
| | ) | |
| **RUSH UNIVERSITY MEDICAL** | ) | |
| **CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Plaintiff Danielle Spears ("Plaintiff"), by and through her legal counsel, the Law Offices of Joshua D. McCann, LTD, in complaining of the Defendant Rush University Medical Center ("Defendant"), states as follows:

### NATURE OF CASE

1.     Plaintiff brings this action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000(e), *et seq.* ("Title VII") for Defendant discriminating against her on the basis of her religion during her employment.

### JURISDICTION AND VENUE

2.     Jurisdiction of this action is conferred upon the Court by 28 U.S.C. § 1331.

3.     Venue for this action is proper in the United States District Court for the Northern District of Illinois, Eastern Division, under 28 U.S.C. § 1391(b)(1)-(2) and (d) because the employment practices hereafter alleged to be unlawful were committed in the Northern District of Illinois and because Defendant's contacts are sufficient to subject it to personal jurisdiction in that district.

4.     Plaintiff filed a Charge of Discrimination against Defendant with the Equal

1

Employment Opportunity Commission ("EEOC") regarding Defendant's conduct as alleged herein (attached hereto as "Exhibit A").

5. Thereafter, the EEOC sent Plaintiff a notice of right to sue (attached hereto as "Exhibit B").

6. Plaintiff has timely filed a complaint with the United States District Court for the Northern District of Illinois within 90 days of her receipt of the notice of right to sue.

## PARTIES

7. Plaintiff is an adult individual of Christian faith and is currently a resident of Turlock, California.

8. At all times relevant to the allegations herein, Defendant has been a domestic not for profit corporation organized under the laws of Illinois.

9. At all times relevant to the allegations herein, Defendant was an "employer" as that term is defined under Title VII.

10. At all times relevant to the allegations herein, Plaintiff was an "employee" of Defendant as that term is defined under Title VII.

## FACTUAL ALLEGATIONS

11. Plaintiff began her employment with Defendant on or around January 30, 2023, as Radiation Therapist I.

12. At all times relevant to the allegations herein, Plaintiff met Defendant's reasonable performance expectations when such expectations were applied equally, without regard to religion.

13. At all times relevant to the allegations herein, Plaintiff's coworkers and managers were aware that she is a staunch Christian and a licensed minister.

14. On or around about September 17, 2024, Plaintiff's employment was abruptly

2

terminated due to her streaming herself on Facebook reading and interpreting scripture.

15. Title VII prohibits employers from discriminating against employees based upon his or her religion regarding the material terms and conditions of employment.

16. By its conduct as alleged herein, Defendant discriminated against Plaintiff on the basis of her religion when it terminated her employment.

17. As a result of Defendant's actions, Plaintiff has suffered lost wages, other economic losses, and emotional distress.

18. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless disregard of Plaintiff's right to be free from impermissible religion-based discrimination in the workplace.

19. Plaintiff demands to exercise her right to a jury trial of this matter.

## **RELIEF REQUESTED**

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant on Count I and that it:

a) Award Plaintiff equitable/injunctive relief as appropriate;

b) Order Defendant to reinstate Plaintiff's employment, or to pay her font pay in the alternative;

c) Award Plaintiff the value of all actual damages proven at trial;

d) Award Plaintiff compensatory damages to make her whole, including but not limited to lost wages and damages for emotional distress;

e) Award Plaintiff punitive damages;

f) Award Plaintiff reasonable attorney's fees, costs and disbursements;

g) Award Plaintiff any other relief this Court deems just and proper.

**DANIELLE SPEARS**

BY:**/s/ Joshua D. McCann**
Joshua D. McCann
Plaintiff's Attorney

Joshua McCann (IARDC No. 6294730)
LAW OFFICES OF JOSHUA D. MCCANN, LTD
3030 Warrenville Road, Suite 450-42
Lisle, Illinois 60532
Phone: (312) 479-4479
Fax: (312) 284-4571
Email: *Jdmccann@chicagolegalcounsel.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-2503** |
| | ) | |
| **RUSH UNIVERSITY MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**COMPLAINT**</u>

# EXHIBIT A

5

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | 440-2025-04162 |
| X | EEOC | |

Illinois Department of Human Rights

State or local Agency, if any

| | and EEOC |
|---|---|
| S.S. No. | |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Danielle Spears | ▮▮▮▮▮▮▮ |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Rush University Medical Center | >500 | 312-942-3456 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1520 W. Harrison St. | Chicago, Illinois, 60609 | COOK |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | RACE | | COLOR | | SEX | X | RELIGION | | AGE |
|---|---|---|---|---|---|---|---|---|---|
| | RETALIATION | | NATIONAL ORIGIN | | DISABILITY | | OTHER (Specify) | | |

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)

Approx. September 17, 2024

| | CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent on or about January 30, 2023, as a Radiation Therapist 1. Respondent is aware that I am staunch Christian and a licensed minister. Despite meeting Respondent's reasonable work performance expectations, I was terminated from employment on or about September 17, 2024, for streaming myself reading and interpreting scripture on my personal Facebook account outside of work.

I believe that I have been discriminated against on the basis of my religion in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e) et seq. ("Title VII").

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures. | NOTARY – (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 2/5/2025 *[signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date     Charging Party (Signature) | |

EEOC FORM 5 (Test 10/94)

Scanned with CamScanner

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE SPEARS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-2503** |
| | ) | |
| **RUSH UNIVERSITY MEDICAL** | ) | |
| **CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>COMPLAINT</u>**

# EXHIBIT B

6

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/11/2025

**To:** Danielle  Spears

▮▮▮▮▮▮▮▮▮▮▮▮

Charge No: 440-2025-04162

EEOC Representative and email:    ALIA BRADLEY
INVESTIGATOR
ALIA.BRADLEY@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-04162.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
12/11/2025
Amrith Kaur Aakre
District Director

**Cc:**
Daniel Corbett
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

Kelly Sullivan
Rush Legal
1700 West Van Buren  Suite 301
Chicago, IL 60612

NA NA
1620 W HARRISON ST
CHICAGO, IL 60612

Joshua McCann
The Law Offices of Joshua McCann, Ltd
3030 Warrenville Road Suite 450-42
Lisle, IL 60532


Please retain this Notice for your records.